UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CHARLES CORTEZ O'CONNOR<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 21-07796<br><br>Chapter: 13<br><br>Honorable Jacqueline P Cox<br><br>Adv. No.: |

**ORDER DISMISSING FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the Trustee's motion for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Enter: *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge

Dated: February 14, 2022

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900