Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 21−07796
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
　Charles Cortez O'Connor
　12043 S Union Ave
　Chicago, IL 60628

Social Security / Individual Taxpayer ID No.:
　xxx−xx−1098

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on February 14, 2022

　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: February 15, 2022　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 21-07796-JPC
Charles Cortez O'Connor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2022      Form ID: ntcdsm      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Cortez O'Connor, 12043 S Union Ave, Chicago, IL 60628-6337 |
| 29484153 | + | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 29494563 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 29410955 | + | Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta,GA 30374-0241 |
| 29410954 | + | Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen,TX 75013-2002 |
| 29410964 | + | Joseph E. Meyer and Associates, Will County PIN # 21-14-12-404-010-0000, 141 Saint Andrews Ave, P.O. Box 96, Edwardsville,IL 62025-0096 |
| 29410953 | + | Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester,PA 19016-1000 |
| 29410963 | + | Will County Clerk, PIN #21-14-12-404-010-0000, 302 North Chicago St, Joliet,IL 60432-4078 |
| 29410962 | + | Will County Treasurer, PIN #21-14-12-404-010-0000, 302 N. Chicago St., Joliet,IL 60432-4078 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29410949 | + | EDI: CAPITALONE.COM | Feb 16 2022 03:23:00 | Capital ONE BANK USA N, Attn: Bankruptcy Dept., Po Box 31293, Salt Lake City,UT 84131-0293 |
| 29456334 | + | EDI: AIS.COM | Feb 16 2022 03:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29410952 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2022 22:34:37 | Credit ONE BANK NA, Attn: Bankruptcy Dept., Po Box 98875, Las Vegas,NV 89193-8875 |
| 29410956 | + | EDI: IRS.COM | Feb 16 2022 03:23:00 | IRS Non-Priority, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29471689 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2022 22:34:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29410951 | + | Email/Text: opportunitynotices@gmail.com | Feb 15 2022 22:29:00 | OPP Loans, Attn: Bankruptcy Dept., 130 E Randolph St Ste 34, Chicago,IL 60601-6207 |
| 29484154 | + | Email/Text: opportunitynotices@gmail.com | Feb 15 2022 22:29:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 29510061 | | EDI: ECMC.COM | Feb 16 2022 03:23:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 29410950 | + | EDI: TCISOLUTIONS.COM | Feb 16 2022 03:23:00 | Vervent/TBOM, Attn: Bankruptcy Dept., 5109 S Broadband Ln, Sioux Falls,SD 57108-2208 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

Case 21-07796   Doc 25   Filed 02/17/22   Entered 02/17/22 23:14:42   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: ntcdsm | Total Noticed: 18 |

| 29410957 | *+ | IRS Non-Priority, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29410958 | *+ | IRS Non-Priority, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29410959 | *+ | IRS Non-Priority, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29410960 | *+ | IRS Non-Priority, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |
| 29410961 | *+ | IRS Priority Debt, Bankruptcy Dept., PO Box 7346, Philadelphia,PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Nathan E Curtis | on behalf of Debtor 1 Charles Cortez O'Connor ndil@geracilaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@55chapter13.com |

TOTAL: 3